IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH MORAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-0153-K |
| | § | |
| STEVENS TRANSPORT, INC., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendant's Motion to Reconsider and Vacate Order Granting Remand (Doc. No. 7). The Court finds good reason to **GRANT** the motion. *See* 28 U.S.C. § 1447(c). The Plaintiff's motion to remand addressed only subject matter jurisdiction issues, whereas the Court remanded on the basis of a procedural defect. Therefore, the Court **vacates** the prior order of April 12, 2010, remanding the case to state court. The Court **DENIES** Plaintiff's motion to remand (Doc. No. 2). The Court hereby reinstates the case on the docket.

**SO ORDERED.**

Signed May 26th, 2010.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE